# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **No. CR 10-4084** |
| vs. | ) | |
| DAVID J. EASTON, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 25, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982, based upon defendant's guilty plea to Counts 1 and 2 of the Information, in which defendant consented to the forfeiture of any interest he had or has in the property alleged to be subject to forfeiture under the Forfeiture Allegation of the September 3, 2010, Information;

AND WHEREAS, notice of this forfeiture action was published on the official government website www.forfeiture.gov for 30 consecutive days beginning on October 28, 2010, and continuing through November 26, 2010, giving notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no petitions, and/or claims have been filed against the property the United States is seeking to forfeit, and the time for filing petitions has since expired.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property, whether real, personal and/or mixed, of the defendant named, is hereby condemned, forfeited and vested in the United States of America.

2. That the following property belonging to David J. Easton, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, by agreement of the parties, and after approval by the Court, as follows:

> $100,393.00 in proceeds obtained by defendant from the commission of the acts in Counts 1 and 2 of the Information.

3. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Department of the Treasury's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the Internal Revenue Service into the Department of Treasury Forfeiture Fund in accordance with 31 U.S.C. § 9703 and disposed of according to the law.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 27th day of January, 2012.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa